381 A.2d 893

Commonwealth v. Doman, Appellant.

Argued September 13, 1977. Roy H. Davis, Assistant Public Defender, for appellant; D. Michael Emuryan, Assistant District Attorney, with him Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.